IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DIANNE L. WEAVER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 6:23-CV-454-JDK |
| § | |
| JERRY PARKER, *et al.* § | |
| § | |
| Defendant. § | |

### ORDER

Plaintiff, proceeding *pro se*, filed the above-styled lawsuit on September 7, 2023. Plaintiff filed this action using a form for filing a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, but Plaintiff is not in custody or serving a sentence. Instead, Plaintiff appears to be seeking to stay an eviction proceeding that is pending in Wood County, Texas. *See* Motion for Emergency Stay of State Proceedings, ECF 2. The named defendants are Judge Jerry Parker, Sheriff Kelly Cole, and Judge Alfonso Charles.

To the extent Plaintiff seeks a reversal or appeal of a state court order, the complaint does not seek relief that is available to Plaintiff in a federal court. Federal courts lack subject matter jurisdiction to review a final state court proceeding in the absence of a federal statute specifically permitting it to do so. *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 486, 103 S.Ct. 1303, 1317 (1983). No federal court, other than the Supreme Court, has the authority to review, modify, or nullify a state court judgment. *Johnson v. DeGandy*, 512 U.S. 997, 1006–07, 114 S.Ct. 2647, 2654 (1994). Plaintiff's claims appear to be "inextricably intertwined" with the rulings made in state court. *See Feldman*, 460 U.S. at 483 n. 16, 103 S.Ct. at 1316, n. 16. As a result, the federal courts may not have jurisdiction to consider these claims. *See Chrissy F. by*

*Medley v. Mississippi Dept. of Public Welfare*, 995 F.2d 595 (5th Cir. 1993). Additionally, if the state proceedings are still pending, *Younger* abstention "is generally deemed appropriate [when] assumption of jurisdiction by a federal court would interfere with pending state proceedings, whether of criminal, civil, or even administrative character." *Word of Faith World Outreach Center Church, Inc. v. Morales*, 986 F.2d 962, 966 (5th Cir.), *cert. denied*, 510 U.S. 823, 114 S.Ct. 82 (1993).

Plaintiff, who is proceeding *pro se*, should be given the opportunity to amend the complaint to address the deficiencies noted above. *See Eason v. Thaler*, 14 F.3d 8 (5th Cir. 1994). It is therefore

**ORDERED** that Plaintiff shall have **thirty (30) days** from receipt of this Order to file an amended complaint addressing the deficiencies noted above. The amended complaint shall include the case number—6:23-cv-454-JDK-KNM—at the top of the document. Plaintiff shall use the attached form for the amended complaint. The amended complaint shall clearly identify the defendant(s) and the claim(s) asserted against each defendant. Failure to timely replead in conformity with this Order may result in dismissal of the complaint.

So ORDERED and SIGNED this 11th day of September, 2023.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

_____

_____     Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

_____

_____

_____
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

    C.    Results of the conference with counsel:

_____

_____

_____

II.    List previous lawsuits:

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  _____Yes  _____ No

    B.    If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

        1.    Approximate file date of lawsuit: _____

        2.    Parties to previous lawsuit(s):

            Plaintiff _____

            Defendant_____

    Attach a separate piece of paper for additional plaintiffs or defendants.

        3.    Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

            _____

        4.    Docket number in other court. _____

        5.    Name of judge to whom the case was assigned. _____

        6.    Disposition: Was the case dismissed, appealed or still pending?

            _____

        7.    Approximate date of disposition. _____

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

        Pla #1 _____

        _____

        _____

        Pla #2 _____

        _____

        _____

    B.   List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:_____

        _____

        _____

        Dft #2:_____

        _____

        _____

        Dft #3 _____

        _____

        _____

    Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

V.    Relief: State Briefly exactly what you want the court to do for you.  Make no legal arguments and do not cite cases or statutes.  Attach additional pages if necessary.

_____

_____

_____

_____

_____

_____

_____

Signed this _____ day of _____, 20 _____.
                                                     (Month)             (Year)

_____

_____

_____

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _____
                       Date

_____

_____

_____
          Signature of each plaintiff